Savilla F. Smith, as Administratrix, etc., of Christopher Smith, Deceased, Respondent, v. The State of New York, Appellant.— Determination affirmed, with costs. All concurred, except Smith, P. J., and Lyon, J., who dissented.

Peter Lilley, as Administrator, etc., of Raymond Lilley, Deceased, Appellant, v. The Town of Tompkins, Respondent.— Judgment and order affirmed, with costs. All concurred, except Howard, J., who dissented.